# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-661-MOC-DCK

| | |
|---|---|
| J. ALEXANDER HEROY, as Guardian Ad Litem for C.S., a minor, THOMAS P. PANSA, and PATRICIA D. PANSA, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| GASTON COUNTY BOARD OF EDUCATION and NICHOLAS PATTERSON, in his individual capacity, | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Rene Stemple Trehy, filed a "Certification Of Mediation Session" (Document No. 41) notifying the Court that the parties reached a settlement on July 29, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **August 31, 2020**.

**SO ORDERED**.

Signed: August 6, 2020

David C. Keesler
United States Magistrate Judge