IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Docket No. 3:19-cv-661-MOC-DCK

J. ALEXANDER HEROY, as Guardian Ad Litem for C.S., a minor, THOMAS P. PANSA, and wife, PATRICIA D. PANSA,

*Plaintiffs,*

v.

GASTON COUNTY BOARD OF EDUCATION and NICHOLAS PATTERSON, in his individual capacity,

*Defendants.*

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by the parties, pursuant to N.C.G.S. 1A-1, and Rule 41(a) of the Federal Rules of Civil Procedure, that the plaintiffs' amended complaint, the action and all claims against all defendants, are hereby voluntarily dismissed **with prejudice**. Each party shall bear their own costs.

This the 19th day of August, 2020.

/s/ F. William DeVore, IV
F. William DeVore, IV, NC Bar No. 39633
DeVore, Acton & Stafford, P.A.
438 Queens Road
Charlotte, North Carolina 28207
T: 704-377-5242/F: 704-332-2825
wdevore@devact.com
*Attorneys for Plaintiffs*

/s/ J. Alexander Heroy
JAMES, MCELROY & DIEHL, P.A.
J. Alexander Heroy, NC Bar No. 39752
525 N. Tryon Street, Suite 700
Charlotte, North Carolina 28202
T: 704-372-9870/F: 704-333-5508
aheroy@jmdlaw.com
*Guardian ad Litem for C.S., a minor*

/s/ Daniel W. Clark
Daniel W. Clark, NC Bar No. 15804
Tharrington Smith, LLP
P.O. Box 1151
Raleigh, NC 27602-1151
T: 919-821-4711/F: 919-829-1583
dclark@tharringtonsmith.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing stipulation of dismissal by consent of the parties has been electronically filed with the Clerk using the CM/ECF system, which will send notifications to all parties of said filing.

    Daniel W. Clark
    Tharrington Smith, LLP
    P.O. Box 1151
    Raleigh, NC 27602-1151
    dclark@tharringtonsmith.com
    *Attorneys for Defendants*

This the 19th day of August, 2020.

    /s/ F. William DeVore, IV
    F. William DeVore, IV
    DeVore, Acton & Stafford, P.A.
    438 Queens Road
    Charlotte, North Carolina 28207
    Telephone: 704-377-5242
    Facsimile: 704-332-2825
    wdevore@devact.com
    NC Bar No. 39633